**B1 (Official Form 1) (12/11)**

<table>
<tr><td colspan="2" align="center"><b>United States Bankruptcy Court<br>Western District of Washington</b></td><td align="center"><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The McNaughton Group LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**TMG LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all):   **91-1870698** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**C/O Michael P. Klein**<br>**Ch. 7 Trustee, No. 12-11906**<br>ZIPCODE | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Snohomish** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**C/O Michael P. Klein, Ch7 #12-11906**<br>**755 Winslow Way E, Suite 201**<br>**Bainbridge Island, WA**   ZIPCODE **98110** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The McNaughton Group LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Mark & Marna McNaughton (Michael Klein Ch. 7 Trustee)** | Case Number:<br>**12-11906** | Date Filed:<br>**2/28/2012** |
| District:<br>**Western District Of Washington** | Relationship:<br>**Member Of Debtor** | Judge:<br>**Overstreet** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The McNaughton Group LLC** |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Michael P. Klein**
**Attorney at Law**
**755 Winslow Way E, Suite 201**
**Bainbridge Island, WA 98110**
**(206) 842-3638**

**March 21, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Michael P. Klein*
Signature of Authorized Individual

**Michael P. Klein**
Printed Name of Authorized Individual

**Chapter 7 Trustee Managing Member**
Title of Authorized Individual

**March 21, 2012**
Date

</td>
<td>

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(P) Peoples Bank
3100 Woburn St
Bellinham, WA  98226-8678


Amex
PO Box 981537
El Paso, TX  79998-1537


Arbor Grove II HOA
Keller Rohrback LLP
1201 3rd Ave Ste 3200
Seattle, WA  98101-3052


Arbor Grove LLC
PO Box 100
Edmonds, WA  98020-0100


Attn: Kim Contrearas
Internal Revenue Service
915 Second Avenue, M/S 244
SEattle, WA  98174-1009


Attorney General Of The United States
Department Of Justice
10th And Constitution
Washington, DC  20530-0001


Bank Of America
P.O. Box 1598
Nofolk, VA  23501-1598


Bank Of America
P.O. Box 982238
El Paso, TX  79998-2238

```
Bank Of America
450 American St
Simi Valley, CA  93065-6285


Banner Bank
PO Box 907
10 South First Avenue
Walla Walla, WA  99362-0265


Bear Creek Highlands LLC
PO Box 100
Edmonds, WA  98020-0100


Bishop, White & Marshall, PS
Attn: William Bishop
720 Olive, Suite 1301
Seattle, WA  98101-1834


Bp/Cbna
PO Box 6497
Sioux Falls, SD  57117-6497


Brian Holtzclaw
14604 32nd Drive SE
Bothell, WA  98012-5031


Brookfield At Mill Creek LLc
PO Box 100
Edmonds, WA  98020-0100


Carlson, Ron & Donna
1706 Front St. #634
Lynden, WA  98264-1261
```

Carrie McKenzie - President
3532 232nd St SE
Bothell, WA 98021-6215,


Cascade Property Ventures LLC
PO Box 100
Edmonds, WA  98020-0100


Castlemont LLC
PO Box 100
Edmonds, WA  98020-0100


Castlemount HOA
Dean Messmer
601 Union St #2600
Seattle, WA  98101-2302


Central Pacific Bank
PO Box 3590
Honolulu, HI  96811-3590


Chase
P.O. Box 15298
Wilmington, DE  19850-5298


Chase
PO Box 24696
Columbus, OH  43224-0696


Christian L Drakeley
Drakeley PLLC
1817 Queen Anne Ave N Ste 204
Seattle, WA  98109-2876

Citi
PO Box 6241
Sioux Falls, SD  57117-6241


Citi Bank
PO. Box 6404
The Lakes, NV  88901-6404


Columbia Bank
5210 74th St W., Suite B
Lakewood, WA  98499-7952


Columbia State Bank
C/O Terrence J. Donahue
1201 Pacific Ave #1200
Tacoma, WA  98402-4395


Cottage Court HOA
Attn Diane Bridgewater
16404 35th Dr. SE
Bothel, WA  98012-5449


Cottage Court LLC
PO Box 100
Edmonds, WA  98020-0100


Creekstone LLC
PO Box 100
Edmonds, WA  98020-0100


East West Bank
2090 Huntington Dr, 2F
San Marino, CA  91108-2022

Evergreen Communities LLC
PO Box 100
Edmonds, WA  98020-0100


Finance Factors
140 Hoohana St Ste 133
Kahlui, HI  96732-2467


Foxfire Trails Management LLC
PO Box 100
Edmonds, WA  98020-0100


Foxwood Glen HOA
Eric Jocobsen
11807 7th St NE
Everett, WA  98201


General Electric Corporation
4 Park Plaza Suite 1400
Irvine, CA  92614-8560


GLC/LGA LLC
8950 Cal Center Dr., Suite 201
Sacramento, CA  95826-3225


Granite Land Company
8950 Cal Center Dr. Suite 201
Sacramento, CA  95826-3225


Greenbook Condominimum HOA
Attn Randy Boyer
7017 196th St. SW
Lynnwood, WA  98036-5044

Grouse Ridge LLC
C/O Debbie Buse
PO Box 1126
Stanwood, WA  98292-1126


Harvest Run HOA
Dean Messmer
601 Union St. #2600
Seattle, WA  98101-2302


Harvest Run LLC
PO Box 100
Edmonds, WA  98020-0100


Insurance Company Of The West
11455 El Camino Real
San Diego, CA  92130-2088


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7436
Philadelphia, PA  19101-7346


Internal Revenue Service
PO Box 7317
Philadelphia, PA  19101-7217


Jewel Road LLC
PO Box 100
Edmonds, WA  98020-0100

Kelly Askew
14320 45th PL W
Lynnwood, WA  98087-1843


Kevin Ballard
3660 Driftwood Dr
Clinton, WA  98236-9200


King County Finance Division
600 King County Administration Building
500 Fourth Avenue
Seattle, WA  98104-2337


KLN
PO Box 100
Edmonds, WA  98020-0100


KLN Construction Corp.
PO Box 100
Edmonds, WA  98020-0100


Lake Goodwin Investmnt PropLLC
PO Box 100
Edmonds, WA  98020-0100


Lane Powell
C/O Gregory Fox
1420 Fifth Ave., Suite 4100
Seattle, WA  98101-2375


LGAJV LLC
PO Box 100
Edmonds, WA  98020-0100

```
LGJVA LLC
PO Box 100
Edmonds, WA  98020-0100


Macanair II LLC
PO Box 100
Edmonds, WA  98020-0100


Macanair III LLC
PO Box 100
Edmonds, WA  98020-0100


Macanair IV LLC
PO Box 100
Edmonds, WA  98020-0100


Maccanair
PO Box 100
Edmonds, WA  98020-0100


Mark Allen McNaughton
PO Box 100
Edmonds, WA  98020-0100


Marna Louise McNaughton
PO Box 100
Edmonds, WA  98020-0100


McCoast
PO Box 100
Edmonds, WA  98020-0100


McMaul LLC
PO Box 100
Edmonds, WA  98020-0100
```

Northlake HOA
Attn Brian Holtzclaw
144 Railroad Ave #301
Edmonds, WA  98020-4100


Olympic Coast Investments
801 Second Ave Suite 315
Seattle, WA  98104-1512


Opus Bank
Attn: G. Paul Carpenter
2707 Colby Ave. Ste. 1001
Everett, WA  98201-3566


Opus Bank
Successor Of Cascade Bank
2828 Colby Ave
Everett, WA  98201-3555


Parkview Place HOA
Matthew Thomas
 17919 12th Pl W
Lynwood, WA  98037


Parkview Village HOA
Attn Brink Property
11555 SE 8th, #130
Bellevue, WA  98004


Parkview Village LLC
PO Box 100
Edmonds, WA  98020


Potter, Ted & Ursula
6416 W. Arrowhead Ave
Kennewich, WA  99336-1247

```
Property Management LLC
PO Box 100
Edmonds, WA   98020-0100


Queen Athen LLC
PO Box 100
Edmonds, WA   98020-0100


Queen Athena LLC
PO Box 100
Edmonds, WA   98020-0100


Richard Buss
8811 205th PL SW
Edmonds, WA   98026-6654


Seattle Bank
C/O Brian C. Free, Hillis Clark Martin
1221 Second Ave #500
Seattle, WA   98101-2925


Seattle Bank
C/O Nicole A. Jabaily, Hillis Clark Mart
1221 Second Ave #500
Seattle, WA   98101-2925


Seattle Bank
600 University St. Suite 1800
Seattle, WA   98101-4129


Seattle Savings Bank
190 Queen Anne Ave N, Suite 100
Seattle, WA   98109-4982
```

Silver Wings Aviation LLC
PO Box 100
Edmonds, WA  98020-0100


Splash Properties II LLC
PO Box 100
Edmonds, WA  98020-0100


Splash Properties LLC
PO Box 100
Edmonds, WA  98020-0100


Summerhill Division 1
Attn Hank Lewis
788 Grant Road
East Wenatchee, WA  98802-5429


Sunrise Court HOA
Attn Dean Messmer
601 Union Street, Suite 2600
Seattle, WA  98101-2302


Sunset Pointe HOA
Mathew Thomas
601 Union St # 2600
Seattle, WA  98101-2302


Sunset Pointe LLC
PO Box 100
Edmonds, WA  98020-0100


The McNaughton Group LLC
PO Box 100
Edmonds, WA  98020-0100

Timberwood Homes LLC
PO Box 100
Edmonds, WA   98020-0100


Timberwood Ridge LLC
PO Box 100
Edmonds, WA   98020-0100


Timberwoodridge HOA
C/O Brian Holtzclaw
144 Railroad Ave # 301
Edmonds, WA   98020-4100


TMG Employees
P O Box 100
Edmonds, WA   98020-0100


TMG-LGA LLC
PO Box 100
Edmonds, WA   98020-0100


U.S. Attorney General
US Dept Of Justice
950 Pennsylvania Ave NW
Washington, DC   20530-0001


Union Bank
C/O Special Assets
PO Box 2215
Everett, WA   98213-0215


United States Attorney
700 Stewart St #5220
Seattle, WA   98101

```
Village Communities LLC
PO Box 100
Edmonds, WA  98020-0100


Volkman, Paul & Debbie
PO Box #
Chelan, WA  98816-0107


Washington Federal
C/O Gregory Fox, Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338


Washington Federal
C/O Tereza Simonyan, Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338


Washington Federal
425 Pike St
Seattle, WA  98101-2399


Washington Federal Savings Bank
425 Pike St
Seattle, WA  98101-2399


Whidbey Island Bank
PO Box 7001
Oak Harbor, WA  98277-7003


Whiskey Ranch LLC
144 Railroad Ave, Suite 301
Edmonds, WA  98020
```